**KENYATTA CORPORATION, Petitioner-Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

**No. 86–7292.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 4, 1987.

Decided March 12, 1987.

Arthur H. Boelter, Seattle, Wash., for petitioner-appellant.

Ann Belanger Durney, and Francis M. Allegra, Washington, D.C., for respondent-appellee.

---

Before GOODWIN, SCHROEDER and FARRIS, Circuit Judges.

### ORDER

The judgment of the Tax Court is affirmed for the reasons stated in the published opinion of the Tax Court. *Kenyatta Corporation v. Commissioner of Internal Revenue,* 86 T.C. 171 (Feb. 12, 1986).